```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------
X
JAMIE DROMERHAUSER,
                                              MOTION TO VACATE
                  Plaintiff,                  AND FOR
                                              RECONSIDERATION
         -against-
                                              3:01 CV1986(AVC)
EVERILDO REYES,
----------------------------------------
X
                  Defendant.
```

NOTICE OF APPEARANCE AND REQUEST FOR
ALL NOTICES AND PLEADINGS

Robert M. Singer, Attorney At Law, hereby appears on behalf of the plaintiff Jaime

Dromerhauser and requests that he receives copies of all notices, reports, motions,

briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders,

conformed copies of orders and any other documents or instruments filed in the above

mentioned court proceedings.

All such documents should be served upon the undersigned

attorney.

                                                   JAIME DROMERHAUSER
                                                 By_____
                                                 ROBERT M. SINGER
                                                 PLAINTIFFS ATTORNEY
                                                 2572 WHITNEY AVENUE
                                                 HAMDEN, CT 06518-3046
                                                 FED. BAR NUMBER 08696
                                                 203-248-8278

PLEASE TAKE NOTICE THAT the foregoing demand included not only notices and papers specified above, but also, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, transmitted by hand/fax/phone, which affects the parties or the property of the plaintiffs.

Dated at Hamden, CT this 15TH day of June, 2004

        JAMIE DROMERHAUSER

        BY_____
        ROBERT M. SINGER, Atty at Law.
        PLAINTIFFS ATTORNEY
        2572 WHITNEY AVENUE
        HAMDEN, CT 06518
        FED. BAR NUMBER 08696
        203-248-8278

```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------
X
JAMIE DROMERHAUSER,
```

MOTION TO VACATE

|                                                  | AND FOR RECONSIDERATION |
| ------------------------------------------------ | ----------------------- |
|       Plaintiff,<br>-against-<br>EVERILDO REYES,<br>------------------------------------X<br>      Defendant. | 3:01 CV1986(AVC) |

CERTIFICATION OF SERVICE

     I hereby certify that on this 15th day of June, 2004, I mailed a copy of the foregoing , by first class mail, postage prepaid to:

Andrew Turret, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

Mark Gould, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014


                       BY_____
                       ROBERT M. SINGER
                       ATTORNEY FOR PLAINTIFF
                       2572 Whitney Avenue
                       Hamden, CT  06518
                       203-248-8278
                       FED BAR #08696