| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>                Plaintiff,<br><br>    -against-<br><br>EVERILDO REYES,<br>------------------------------------X<br>               Defendant. | MOTION TO VACATE AND FOR RECONSIDERATION<br><br>3:01 CV1986(AVC) |

JUNE 15, 2004

## **MOTION – F.R.C.P. 60(b)**

Plaintiff, Jamie Dromerhauser, respectfully moves this Court for an Order vacating the order of August 18, 2003 and for reconsideration.

## **MEMORANDUM**

A. **STATEMENT OF FACTS**

1. This action arises from an automobile accident that took place on November 11, 2000, on Route 15, in Trumbull, Connecticut. Plaintiff, Jamie Dromerhauser was the operator of a vehicle that came into contact with the vehicle operated by defendant Reyes, after he lost control of his vehicle and the vehicle struck the roadway divider.

2. As a result of this accident plaintiff, Jamie Dromerhauser sustained serious personal injuries, including but not limited to, a tear of the meniscus of the left knee requiring surgery and a mallet deformity to the pinky

finger of his right hand.

3. Prior counsel received the Court's order of July 7, 2003 on July 11, 2003. Due to a clerical error the report to the Court was not properly filed.

4. The undersigned attorney has been retained to proceed with this matter. The undersigned is duly licensed to practice in the District Court of Connecticut, and maintains an office in Hamden, Connecticut.

5. The undersigned is prepared to prosecute this action, to completion, as required by law.

B. **DISCUSSION**

    Based upon the aforesaid, plaintiff respectfully requests that the Court Vacate the Order and Judgment dated August 18, 2003, and for whatever further relief this Court deems just and proper.

C. **CONCLUSION.**

    Plaintiff respectfully requests that the motion be granted in all respects.

Dated: _____

                            THE PLAINTIFF

                            _____
                            BY ROBERT M. SINGER, ESQ.
                            2572 WHITNEY AVE.
                            HAMDEN, CT 06518
                            203-248-8278
                            Fed. Bar #08696

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>---------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>                         Plaintiff,<br><br>            -against-<br><br>EVERILDO REYES,<br>---------------------------------------X<br>                        Defendant. | MOTION TO VACATE<br>AND FOR<br>RECONSIDERATION<br><br>3:01 CV1986(AVC) |

ORDER RE:  MOTION – F.R.C.P. 60(b)

The foregoing motion, having come before the Court, this _____ day of _____,

2004, and due notice having been given to all interested parties, as required by law.

IT IS ORDERED THAT

THE MOTION IS HEREBY GRANTED/DENIED

Dated_____                        _____
                                               Alfred V. Covello,
                                               UNITED STATES DISTRICT JUDGE

| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>--------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>                  Plaintiff,<br><br>        -against-<br><br>EVERILDO REYES,<br>--------------------------------------X<br>                  Defendant. | MOTION TO VACATE<br>AND FOR<br>RECONSIDERATION<br><br>3:01 CV1986(AVC) |
|---|---|

CERTIFICATION OF SERVICE

    I hereby certify that on this 15th day of June, 2004, I mailed a copy of the foregoing , by first class mail, postage prepaid to:

Andrew Turret, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

Mark Gould, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

                                                BY_____
                                                ROBERT M. SINGER
                                                ATTORNEY FOR PLAINTIFF
                                                2572 Whitney Avenue
                                                Hamden, CT  06518
                                                203-248-8278
                                                FED BAR #08696