UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMIE DROMERHAUSER                    CIVIL ACTION
    PLAINTIFF                         3:01 CV0 1986 (AVC)

    VS.

EVERILDO REYES
    DEFENDANT                         JUNE 21, 2004

REPLY RE: OBJECTION TO MOTION TO VACATE

"A motion under Rule 60(b) . . . is addressed to the sound discretion of the court

that entered the judgment, and a determination of such a motion will not be disturbed

upon appeal unless there has been a clear abuse of the judicial power." Parker v.

Broadcast Music, Inc., 289 F.2d 313 (2d Cir. 1961);

"In simple English, the language of the 'other reason' clause, for all reasons except

the five particularly specified, vests power in courts adequate to enable them to vacate

judgments whenever such action is appropriate to accomplish justice."; Matter of

Emergency Beacon Corp., 666 F.2d 754, 760 (2d Cir. 1981) (court's discretion "is

especially broad under subdivision (6), because relief under it is to be granted when

appropriate to accomplish justice").

In the present case, the defendant claims that there has been prejudice from the

delay.

However, according to the docket sheets of the Superior Court, attached hereto,

there are two pending cases against the defendant Reyes, related to the same automobile

accident.   These are the same cases which were pending at the time of the dismissal of

this lawsuit.  In fact, in one case, an Answer to Amended Complaint was filed on March

11, 2004.  Therefore, on its face, the defendant Reyes can hardly claim that the delay in this suit was prejudicial.

      The plaintiff in this case would be without a remedy, for personal injuries suffered in an auto accident, if this Motion is not granted.  Justice is best served if the Motion is granted.

                             THE PLAINTIFF

Dated:_____

                             BY_____
                             Robert M. Singer, Esq.
                             2572 Whitney Ave.
                             Hamden, CT  06518
                             203-248-8278
                           Fed. Bar #08696

CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the 21st day of June, 2004, I hand delivered or sent by first class mail a copy of the foregoing to:

Andrew S. Turet, Esq.
Law Offices of Robert Brennan
265 Church St., #802
New Haven, CT  06510

THE PLAINTIFF

Dated:_____

BY_____
Robert M. Singer, Esq.
2572 Whitney Ave.
Hamden, CT  06518
203-248-8278
Fed. Bar #08696