

Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices
Screen Section Help:   Detail   Party   Motions

# Case Detail

**Data Updated as of: 6/18/2004**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| **KALEY JACK** | **VS** | **REYES EVERILDO** |

| | |
|---|---|
| **Docket Number:** CV-03-0193968-S | **Court Location:** Stamford |
| **File Date:** Nov 26 2002 | **Return Date:** Dec 03 2002 |
| **\* Last Action Date:** Jul 15 2003 | **ADR Status:** Not Applicable |
| **Case Type:** VEHICLE - MOTOR VEH\* DVR AND/OR PSG V DVR | |
| **List Type:** | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | | | | |
|---|---|---|---|---|
| Pty No. | Pltf / Def | Pro Se | Non Appear | |
| JACK KALEY | 01 | P | | |
| **Attorney:** MORIARTY PAETZOLD & BABCOCK LLC (Juris No. 412152) | | | | |
| 140 HEBRON AVENUE SUITE 102 GLASTONBURY, CT 06033 | | | | |
| EVERILDO REYES | 50 | D | | |
| **Attorney:** BRENNAN ROBERT M LAW OFFICES (Juris No. 408308) | | | | |
| ONE CENTURY TOWER 265 CHURCH ST/SUITE 802 NEW HAVEN, CT 06510 7014 | | | | |
| JAMIE DROMERHAUSER | 51 | D | | |
| **Attorney:** POWDERLY CHRISTOPHER J. LAW OFFICES (Juris No. 415569) | | | | |

|  | P.O. BOX 990029<br>HARTFORD, CT 06199 0029 |  |  |  |  |  |
|---|---|---|---|---|---|---|

### Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Jan 13 2003 | MOTION TO TRANSFER | D | No | Granted | Jan 27 2003 | Hon. WILLIAM RUSH |
| 102.00 | Jan 22 2003 | APPORTION LIABILITY COMP | D | No | | | |
| 103.00 | Jan 22 2003 | RETURN OF SERVICE | D | No | | | |
| 104.00 | Jan 23 2003 | CLAIM FOR JURY OF 6 | D | No | | | |
| 105.00 | Jan 23 2003 | ANSWER | D | No | | | |
| 106.10 | Jan 27 2003 | TO STAMFORD-NORWALK JD | Court | No | | | |
| 107.00 | Feb 06 2003 | MOT EXTEND TIME-DSCOVERY | P | No | | | |
| 108.00 | Feb 28 2003 | COMPLAINT | P | No | | | |
| 109.00 | Mar 13 2003 | MOTION TO CONSOLIDATE | D | No | Granted | Apr 07 2003 | Hon. DOUGLAS MINTZ |
| 110.00 | Mar 14 2003 | SUPPLEMENTAL RETURN | D | No | | | |
| 111.00 | May 09 2003 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 112.00 | Jul 14 2003 | NOT RESPONSES TO DISCVRY | P | No | | | |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices
**Screen Section Help:**  Detail  Party  Motions

# Case Detail

**Data Updated as of:** 6/18/2004

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| CALO,EMILIO  ETAL | VS | LIBERTY MUTUAL  ETAL |

| | |
|---|---|
| **Docket Number:** CV-02-0192096-S | **Court Location:** Stamford |
| **File Date:** Oct 17 2002 | **Return Date:** Nov 12 2002 |
| ***Last Action Date:** Jan 16 2004 | **ADR Status:** Not Applicable |
| **Case Type:** VEHICLE - MOTOR VEH* DVR AND/OR PSG V DVR | |
| **List Type:** JURY | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** Mar 17 2003 |
| **Disposition:** | |

* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| EMILIO CALO | | 01 | P | |
| **Attorney:** WESLEY MALOWITZ (Juris No. 404662) | | | | |
| WESLEY M. MALOWITZ<br>111 PROSPECT ST- 3RD FL.<br>STAMFORD, CT 06901 | | | | |
| ANTONIO CALO | | 02 | P | |
| **Attorney:** WESLEY MALOWITZ (Juris No. 404662) | | | | |
| WESLEY M. MALOWITZ<br>111 PROSPECT ST- 3RD FL.<br>STAMFORD, CT 06901 | | | | |
| LIBERTY MUTUAL FIRE INSURANCE CO | | 50 | D | |
| **Attorney:** HOLAHAN GUMPPER & DOWLING (Juris No. 402297) | | | | |
| 1375 KINGS HIGHWAY EAST<br>PO BOX 320177<br>FAIRFIELD, CT 06432 0177 | | | | |
| EVERILDO REYES | | 51 | D | |
| **Attorney:** BRENNAN ROBERT M LAW OFFICES (Juris No. 408308) | | | | |
| ONE CENTURY TOWER<br>265 CHURCH ST/SUITE 802 | | | | |

NEW HAVEN, CT 06510 7014

DROMERHAUSER 1 JAMIE        52        D

**Attorney:** POWDERLY CHRISTOPHER J. LAW OFFICES (Juris No. 415569)

P.O. BOX 990029
HARTFORD, CT 06199 0029

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.10 | Nov 25 2002 | SUPPLEMENTAL RETURN | P | No | | | |
| 102.00 | Dec 02 2002 | MOT EXTEND TIME | D | No | Off | Dec 16 2002 | Hon. EDWARD KARAZIN |
| 103.10 | Dec 09 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 104.10 | Dec 09 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 105.10 | Nov 29 2002 | MOT FOR DFLT-APPEARANCE | P | No | Granted | Dec 12 2002 | BY THE CLERK |
| 106.10 | Nov 29 2002 | MOT FOR DFLT-APPEARANCE | P | No | Denied | Dec 12 2002 | BY THE CLERK |
| 107.10 | Dec 24 2002 | CLAIM FOR JURY OF 6 | D | No | | | |
| 108.10 | Dec 13 2002 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 109.10 | Dec 13 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 110.10 | Dec 13 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 111.10 | Dec 20 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 112.10 | Dec 20 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 113.00 | Dec 24 2002 | ANSWER | D | No | | | |
| 114.00 | Dec 26 2002 | ANS AND SPECIAL DEFENSE | D | No | | | |
| 115.10 | Jan 03 2003 | REPLY TO SPECIAL DEFENSE | P | No | | | |
| 116.10 | Dec 20 2002 | MOT FOR DEFAULT-PLEADING | P | No | Denied | Mar 07 2003 | BY THE CLERK |
| 117.10 | Dec 20 2002 | MOT FOR DEFAULT-PLEADING | P | No | Denied | Jan 28 2003 | BY THE CLERK |
| 118.10 | Nov 29 2002 | MOT FOR DFLT-APPEARANCE | P | No | Denied | Feb 25 2003 | BY THE CLERK |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 119.00 | Feb 27 2003 | ANSWER | D | No | | | |
| 119.55 | Feb 28 2003 | TRIAL LIST | | Yes | | | |
| 120.00 | Mar 13 2003 | MOTION TO CONSOLIDATE | D | No | Granted | Apr 07 2003 | Hon. DOUGLAS MINTZ |
| 121.00 | Sep 15 2003 | REQ TO AMEND COMPLAINT | P | No | | | |
| 122.00 | Sep 16 2003 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 123.00 | Sep 19 2003 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 124.00 | Sep 17 2003 | ANSWER TO AMENDED CMPLNT | D | No | | | |
| 125.00 | Oct 22 2003 | ANS AND SPECIAL DEFENSE | D | No | | | |
| 126.10 | Oct 27 2003 | REPLY TO SPECIAL DEFENSE | P | No | | | |
| 127.00 | Nov 07 2003 | MOT EXTEND TIME-DSCOVERY | D | No | Granted | Nov 24 2003 | Hon. FRANK D ANDREA |
| 128.00 | Dec 19 2003 | MOT EXTEND TIME-DSCOVERY | D | No | Granted | Jan 05 2004 | Hon. FRANK D ANDREA |
| 129.10 | Mar 11 2004 | ANSWER TO AMENDED CMPLNT | D | No | | | |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch