```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
JAMIE DROMERHAUSER,

                    Plaintiff,

        -against-

EVERILDO REYES,

                                    X
                    Defendant.
```

FILED
2004 JUN 16 A 11:01
U.S. DISTRICT COURT
HARTFORD, CT

MOTION TO VACATE
AND FOR
RECONSIDERATION

3:01 CV1986(AVC)

JUNE 15, 2004

## MOTION – F.R.C.P. 60(b)

Plaintiff, Jamie Dromerhauser, respectfully moves this Court for an Order vacating the order of August 18, 2003 and for reconsideration.

### MEMORANDUM

A. **STATEMENT OF FACTS**

1. This action arises from an automobile accident that took place on November 11, 2000, on Route 15, in Trumbull, Connecticut. Plaintiff, Jamie Dromerhauser was the operator of a vehicle that came into contact with the vehicle operated by defendant Reyes, after he lost control of his vehicle and the vehicle struck the roadway divider.

---

3:01CV1986(AVC).  June 21, 2004.  The plaintiff's motion for relief from judgment (document no. 23) is DENIED without prejudice to its refiling in accordance with Conn. L. R. Civ. P. 7(a), which requires that "[a]ny motion involving disputed issues of law shall be accompanied by a written memorandum of law . . . ."
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 JUN 22 P
DISTRICT COURT
HARTFORD, CT