| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>------------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>Plaintiff,<br><br>-against-<br><br>EVERILDO REYES,<br>------------------------------------------X<br>Defendant. | MOTION TO<br>VACATE AND FOR<br>RECONSIDERATION<br><br>3:01 CV1986(AVC) |
| | |

JUNE 28, 2004

<u>MOTION – F.R.C.P. 60(b)</u>

Plaintiff, Jamie Dromerhauser, respectfully moves this Court for an Order

vacating the order of August 18, 2003 and for reconsideration.

As more particularly described in the attached Memorandum, the Court has broad

discretion to reopen this case.

The Court should exercise its power, and grant this Motion.

WHEREFORE, THE PLAINTIFF PRAYS THAT THIS MOTION BE GRANTED


Dated: _____


THE PLAINTIFF


_____
BY ROBERT M. SINGER, ESQ.
2572 WHITNEY AVE.
HAMDEN, CT 06518
203-248-8278
Fed. Bar #08696

| UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT -----------------------------------------X JAMIE DROMERHAUSER,            Plaintiff,       -against- EVERILDO REYES, -----------------------------------------X          Defendant. | MOTION TO VACATE AND FOR RECONSIDERATION 3:01 CV1986(AVC) |
| --- | --- |

ORDER RE:  <u>MOTION – F.R.C.P. 60(b)</u>

The foregoing motion, having come before the Court, this _____ day of _____,

2004, and due notice having been given to all interested parties, as required by law.


IT IS ORDERED THAT

THE MOTION IS HEREBY GRANTED/DENIED


Dated_____                    _____

                                            Alfred V. Covello,
                                            UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>------------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>    Plaintiff,<br><br>   -against-<br><br>EVERILDO REYES,<br>------------------------------------------X<br>    Defendant. | MOTION TO<br>VACATE AND FOR<br>RECONSIDERATION<br><br>3:01 CV1986(AVC) |

CERTIFICATION OF SERVICE

   I hereby certify that on this 28th day of June, 2004, I mailed a copy of the foregoing , by first class mail, postage prepaid to:

Andrew Turret, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

Mark Gould, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

Bauman & Kunkis
225 W. 34th St.
NY, NY  10122

          BY_____
          ROBERT M. SINGER
          ATTORNEY FOR PLAINTIFF
          2572 Whitney Avenue
          Hamden, CT  06518
          203-248-8278
          203-407-0602
          FED BAR #08696