| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>------------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>           Plaintiff,<br><br>        -against-<br><br>EVERILDO REYES,<br>------------------------------------------X<br>          Defendant. | MOTION TO<br>VACATE AND FOR<br>RECONSIDERATION<br><br>3:01 CV1986(AVC) |

## MEMORANDUM

A. <u>STATEMENT OF FACTS</u>

      This action arises from an automobile accident that took place on November 11, 2000, on Route 15, in Trumbull, Connecticut. Plaintiff, Jamie Dromerhauser was the operator of a vehicle that came into contact with the vehicle operated by defendant Reyes, after he lost control of his vehicle and the vehicle struck the roadway divider.

      As a result of this accident plaintiff, Jamie Dromerhauser sustained serious personal injuries, including but not limited to, a tear of the meniscus of the left knee requiring surgery and a mallet deformity to the pinky finger of his right hand.

      Prior counsel, located in New York, received the Court's order of July 7, 2003 on July 11, 2003. Due to error, the report to the Court was never properly filed.

      A prior Motion for Reconsideration was filed with the Court. Unknown until recently to the law firm in New York, Bauman & Kunkis, the Motion was returned

by the Court.

The undersigned attorney has been retained to proceed with this matter. The undersigned is duly licensed to practice in the District Court of Connecticut, and maintains an office in Hamden, Connecticut.

The undersigned is prepared to prosecute this action, to completion, as required by law.

B:  LEGAL ANALYSIS:

The decision as to whether relief should be granted under **Rule 60**(b) is committed to the sound discretion of the Court. Securities and Exchange Commission v. McNulty, 137 F.3d 732, 738 (2d Cir.), cert. denied, 525 U.S. 931 (1998); National Petrochemical Co. v. M/T Stolt Sheaf, 930 F.2d 240, 244 (2d Cir. 1991).

Under F.R.C.P. 60(b)(1), because Congress had provided no guideposts for determining what sorts of neglect will be considered "excusable," the determination was "at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership, 507 U.S. 380at 395. (1993)These circumstances include "the danger of prejudice to the [defendant], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith.", Id at 387-96

Under F.R.C.P. 60(b)(6), "in simple English, the language of the 'other reason' clause, for all reasons except the five particularly specified, vests power in courts adequate to enable them to vacate judgments whenever such action is appropriate to

accomplish justice."; Matter of Emergency Beacon Corp., 666 F.2d 754, 760 (2d Cir. 1981) (court's discretion "is especially broad under subdivision (6), because relief under it is to be granted when appropriate to accomplish justice").

"A determination of such a motion will not be disturbed upon appeal unless there has been a clear abuse of the judicial power." Parker v. Broadcast Music. Inc. ,289 F2d 313 (2d Cir. 1 961).

In the present case, the defendant claims that there has been prejudice from delay. However, according to the docket sheets of the Superior Court, attached hereto, there arc two pending cases against the defendant Rcycs, related to the same automobile accident. These arc the same cases which were pending at the time of the dismissal of this lawsuit.

In fact, in one case, an Answer to Amended Complaint was filed on March 11, 2004. (A withdrawl was filed on June 24, 2004). Therefore, on its face, the defendant Reyes can hardly claim that the delay in this suit was prejudicial.

The plaintiff in this case would be without a remedy, for personal injuries suffered in an auto accident, if this Motion is not granted. Justice is best served if the Motion is granted.

C. CONCLUSION

Based upon the aforesaid, plaintiff respectfully requests that the Court Vacate the Order and Judgment dated August 18, 2003, and for whatever further relief this Court deems just and proper.

BY_____
ROBERT M. SINGER
ATTORNEY FOR PLAINTIFF
2572 Whitney Avenue
Hamden, CT  06518
203-248-8278
FED BAR #08696

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT<br>-----------------------------------------X<br>JAMIE DROMERHAUSER,<br><br>       Plaintiff,<br><br>  -against-<br><br>EVERILDO REYES,<br>-----------------------------------------X<br>      Defendant. | MOTION TO VACATE AND FOR RECONSIDERATION<br><br>3:01 CV1986(AVC) |

CERTIFICATION OF SERVICE

      I hereby certify that on this 28th day of June, 2004, I mailed a copy of the foregoing , by first class mail, postage prepaid to:

Andrew Turret, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

Mark Gould, Esq.
One Century Tower
265 Church St.
Suite 802
New Haven, CT  06510-7014

Bauman & Kunkis
225 W. 34th St.
NY, NY  10122

                                          BY_____
                                          ROBERT M. SINGER
                                          ATTORNEY FOR PLAINTIFF
                                          2572 Whitney Avenue
                                          Hamden, CT  06518
                                          203-248-8278
                                          203 407-0602 fax
                                          FED BAR #08696



Civil Inquiry Home    Prev Page    Site Help    Comments Page    Calendar Notices
Screen Section Help:    Detail    Party    Motions

# Case Detail

**Data Updated as of: 6/25/2004**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| **KALEY JACK** | **VS** | **REYES EVERILDO** |

| | |
|---|---|
| **Docket Number:** CV-03-0193968-S | **Court Location:** Stamford |
| **File Date:** Nov 26 2002 | **Return Date:** Dec 03 2002 |
| **\* Last Action Date:** Jul 15 2003 | **ADR Status:** Not Applicable |
| **Case Type:** VEHICLE - MOTOR VEH\* DVR AND/OR PSG V DVR | |
| **List Type:** | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| JACK KALEY | 01 | P | | |
| **Attorney:** MORIARTY PAETZOLD & BABCOCK LLC (Juris No. 412152) | | | | |
| 140 HEBRON AVENUE SUITE 102 GLASTONBURY , CT 06033 | | | | |
| EVERILDO REYES | 50 | D | | |
| **Attorney:** BRENNAN ROBERT M LAW OFFICES (Juris No. 408308) | | | | |
| ONE CENTURY TOWER 265 CHURCH ST/SUITE 802 NEW HAVEN , CT 06510 7014 | | | | |
| JAMIE DROMERHAUSER | 51 | D | | |
| **Attorney:** POWDERLY CHRISTOPHER J. LAW OFFICES (Juris No. 415569) | | | | |

|  | P.O. BOX 990029  HARTFORD , CT 06199 0029 | | | | | | |
|---|---|---|---|---|---|---|---|
| **Motions / Pleadings / Objections** ||||||||
| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
| 101.00 | Jan 13 2003 | MOTION TO TRANSFER | D | No |  | Jan 27 2003 | Hon. WILLIAM RUSH |
| 102.00 | Jan 22 2003 | APPORTION LIABILITY COMP | D | No |  |  |  |
| 103.00 | Jan 22 2003 | RETURN OF SERVICE | D | No |  |  |  |
| 104.00 | Jan 23 2003 | CLAIM FOR JURY OF 6 | D | No |  |  |  |
| 105.00 | Jan 23 2003 | ANSWER | D | No |  |  |  |
| 106.10 | Jan 27 2003 | TO STAMFORD-NORWALK JD | Court | No |  |  |  |
| 107.00 | Feb 06 2003 | MOT EXTEND TIME-DSCOVERY | P | No |  |  |  |
| 108.00 | Feb 28 2003 | COMPLAINT | P | No |  |  |  |
| 109.00 | Mar 13 2003 | MOTION TO CONSOLIDATE | D | No |  | Apr 07 2003 | Hon. DOUGLAS MINTZ |
| 110.00 | Mar 14 2003 | SUPPLEMENTAL RETURN | D | No |  |  |  |
| 111.00 | May 09 2003 | REQ EXTND DISCOVERY TIME | D | No |  |  |  |
| 112.00 | Jul 14 2003 | NOT RESPONSES TO DISCVRY | P | No |  |  |  |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home  
Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**  
Copyright © 2003, State of Connecticut Judicial Branch



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices
Screen Section Help:  Detail  Party  Motions

# Case Detail

**Data Updated as of: 6/25/2004**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| CALO,EMILIO  ETAL | VS | LIBERTY MUTUAL  ETAL |

| | |
|---|---|
| **Docket Number:** CV-02-0192096-S | **Court Location:** Stamford |
| **File Date:** Oct 17 2002 | **Return Date:** Nov 12 2002 |
| **\* Last Action Date:** Jun 24 2004 | **ADR Status:** Not Applicable |
| **Case Type:** VEHICLE - MOTOR VEH* DVR AND/OR PSG V DVR | |
| **List Type:** JURY | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** Mar 17 2003 |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | | | | |
|---|---|---|---|---|
| Pty No. | Pltf / Def | Pro Se | Non Appear | |
| EMILIO CALO | 01 | P | | |
| **Attorney:** WESLEY MALOWITZ (Juris No. 404662) | | | | |
| WESLEY M. MALOWITZ<br>111 PROSPECT ST- 3RD FL.<br>STAMFORD , CT 06901 | | | | |
| ANTONIO CALO | 02 | P | | |
| **Attorney:** WESLEY MALOWITZ (Juris No. 404662) | | | | |
| WESLEY M. MALOWITZ<br>111 PROSPECT ST- 3RD FL.<br>STAMFORD , CT 06901 | | | | |
| LIBERTY MUTUAL FIRE INSURANCE CO | 50 | D | | |
| **Attorney:** HOLAHAN GUMPPER & DOWLING (Juris No. 402297) | | | | |

| | 1375 KINGS HIGHWAY EAST<br>PO BOX 320177<br>FAIRFIELD , CT 06432 0177 | | | | |
|---|---|---|---|---|---|
| EVERILDO REYES | | 51 | D | | |
| **Attorney:** BRENNAN ROBERT M LAW OFFICES (Juris No. 408308) | | | | | |
| | ONE CENTURY TOWER<br>265 CHURCH ST/SUITE 802<br>NEW HAVEN , CT 06510 7014 | | | | |
| DROMERHAUSER 1 JAMIE | | 52 | D | | |
| **Attorney:** POWDERLY CHRISTOPHER J. LAW OFFICES (Juris No. 415569) | | | | | |
| | P.O. BOX 990029<br>HARTFORD , CT 06199 0029 | | | | |

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.10 | Nov 25 2002 | SUPPLEMENTAL RETURN | P | No | | | |
| 102.00 | Dec 02 2002 | MOT EXTEND TIME | D | No | | Dec 16 2002 | Hon. EDWARD KARAZIN |
| 103.10 | Dec 09 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 104.10 | Dec 09 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 105.10 | Nov 29 2002 | MOT FOR DFLT-APPEARANCE | P | No | | Dec 12 2002 | BY THE CLERK |
| 106.10 | Nov 29 2002 | MOT FOR DFLT-APPEARANCE | P | No | | Dec 12 2002 | BY THE CLERK |
| 107.10 | Dec 24 2002 | CLAIM FOR JURY OF 6 | D | No | | | |
| 108.10 | Dec 13 2002 | REQ EXTND DISCOVERY TIME | D | No | | | |
| 109.10 | Dec 13 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 110.10 | Dec 13 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 111.10 | Dec 20 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 112.10 | Dec 20 2002 | REQ EXTND DISCOVERY TIME | P | No | | | |
| 113.00 | Dec 24 2002 | ANSWER | D | No | | | |
| 114.00 | Dec 26 2002 | ANS AND SPECIAL DEFENSE | D | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 115.10 | Jan 03 2003 | REPLY TO SPECIAL DEFENSE | P | No | | |
| 116.10 | Dec 20 2002 | MOT FOR DEFAULT-PLEADING | P | No | Mar 07 2003 | BY THE CLERK |
| 117.10 | Dec 20 2002 | MOT FOR DEFAULT-PLEADING | P | No | Jan 28 2003 | BY THE CLERK |
| 118.10 | Nov 29 2002 | MOT FOR DFLT-APPEARANCE | P | No | Feb 25 2003 | BY THE CLERK |
| 119.00 | Feb 27 2003 | ANSWER | D | No | | |
| 119.55 | Feb 28 2003 | TRIAL LIST | | Yes | | |
| 120.00 | Mar 13 2003 | MOTION TO CONSOLIDATE | D | No | Apr 07 2003 | Hon. DOUGLAS MINTZ |
| 121.00 | Sep 15 2003 | REQ TO AMEND COMPLAINT | P | No | | |
| 122.00 | Sep 16 2003 | REQ EXTND DISCOVERY TIME | D | No | | |
| 123.00 | Sep 19 2003 | REQ EXTND DISCOVERY TIME | D | No | | |
| 124.00 | Sep 17 2003 | ANSWER TO AMENDED CMPLNT | D | No | | |
| 125.00 | Oct 22 2003 | ANS AND SPECIAL DEFENSE | D | No | | |
| 126.10 | Oct 27 2003 | REPLY TO SPECIAL DEFENSE | P | No | | |
| 127.00 | Nov 07 2003 | MOT EXTEND TIME-DSCOVERY | D | No | Nov 24 2003 | Hon. FRANK D ANDREA |
| 128.00 | Dec 19 2003 | MOT EXTEND TIME-DSCOVERY | D | No | Jan 05 2004 | Hon. FRANK D ANDREA |
| 129.10 | Mar 11 2004 | ANSWER TO AMENDED CMPLNT | D | No | | |
| 130.10 | Jun 24 2004 | WITHDRAWAL | P | No | | |

Periodic changes to terminology may be made which do not affect the status of the case.
Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home
Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**
Copyright © 2003, State of Connecticut Judicial Branch